ANTON JAGER, Appellant, v. ANTON SCHWEISS, Respondent.

1. Judgment affirmed for failure of appellant to file transcript of record.

*Appeal from St. Louis Law Commissioner's Court.*

BATES, Judge, delivered the opinion of the court.

In this case, on the 9th day of February, 1860, a judgment was rendered in the law commissioner's court of St. Louis county, and an appeal to the supreme court allowed on the 23d day of March, 1860. The respondent, on the 23d day of May, 1861, filed in this court a transcript of the record and moved for an affirmance of the judgment. He is entitled to it by law.

The judgment is affirmed.

———◦•◦———

JOHN MULLIGAN, Respondent, v. GEORGE N. BEARD AND ELEA-ZER J. BEARD, Appellants.

1. Judgment affirmed for failure of appellant to file transcript.

*Appeal from St. Louis Law Commissioner's Court.*

BATES, Judge, delivered the opinion of the court.

In this case an appeal to the supreme court was allowed in the law commissioner's court of St. Louis county, on the 17th day of January, 1861. On the 29th day of April, 1861, the appellants having failed to file a transcript, the respondent produced a transcript in court, and moved for an affirmance of the judgment below; and no cause to the contrary is shown.

Judgment affirmed; all the judges concurring.